AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| AF HOLDINGS LLC, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:12-CV-04446 |
| GAUTAM NYAYAPATHI, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AF HOLDINGS LLC .

Date:  01/30/2013

/s/ Paul Duffy
*Attorney's signature*

Paul Duffy (Bar No. 224159)
*Printed name and bar number*

161 N. Clark St, Suite 3200
Chicago, IL 60601

*Address*

paduffy@antipiracylawgroup.com
*E-mail address*

(312) 880-9160
*Telephone number*

(312) 893-5677
*FAX number*