Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>GAUTAM NYAYAPATHI,<br><br>　　　　Defendant.<br>_____ | **No. 5:12-cv-04446-EJD**<br><br>**NOTICE OF CHANGE OF ATTORNEY CONTACT INFORMATION** |

**NOTICE OF CHANGE IN ATTORNEY CONTACT INFORMATION**

PLEASE TAKE NOTICE that the email address for Plaintiff's attorney Paul Duffy is now paduffy@wefightpiracy.com. The correction is reflected at the beginning of this pleading and in the signature block below.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　ANTI-PIRACY LAW GROUP

　　　　　　　　　　　　By:　　　/s/ Paul Duffy_____

　　　　　　　　　　　　　　　Paul Duffy (Bar No. 224159)
　　　　　　　　　　　　　　　Anti-Piracy Law Group
　　　　　　　　　　　　　　　161 N. Clark St., Suite 3200
　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　Phone: (800) 380-0840
　　　　　　　　　　　　　　　E-mail: paduffy@wefightpiracy.com

　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on February 5, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

/s/ Paul Duffy<br>
Paul Duffy