Paul Duffy (SBN 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: 800-380-0840
Email: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

**IT IS SO ORDERED**
*Judge Edward J. Davila*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAUTAM NYAYAPATHI,<br><br>　　　　Defendant. | **No. 5:12-cv-04446-EJD**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate. The Clerk shall close this file.

///

///

///

///

///

///

///

|   |   |
|---|---|
|   | Respectfully Submitted, |
|   | ANTI-PIRACY LAW GROUP |

**DATED: February 8, 2013**

By:     /s/  Paul Duffy

Paul Duffy (SBN 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: 800-380-0840
Email: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 8, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

**DATED: February 8, 2013**

    /s/Paul Duffy
    Paul Duffy